**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Rafik** | **Henry** | **Sayegh** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Mariam** | **Rafik** | **Sayegh** |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA

Case number  2:16-bk-15891-VZ
(if known)

☐ Check if this is an amended filing

Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**
☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
■ Yes. Fill in all of the information below.

**Part 1:    List All Secured Claims**

2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim | Column C<br>Unsecured portion<br>If any |
|---|---|---|---|---|
| **2.1** **Nationstar**<br>Creditor's Name<br><br>**PO Box 199400**<br>**Dallas, TX 75219**<br>Number, Street, City, State & Zip Code | **Describe the property that secures the claim:**<br>**22069 W. Gold Canyon Drive Santa Clarita, CA 91390  Los Angeles County**<br>**As of the date you file, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $790,064.82 | $707,371.00 | $82,693.82 |
| **Who owes the debt?** Check one.<br>☐ Debtor 1 only<br>☐ Debtor 2 only<br>■ Debtor 1 and Debtor 2 only<br>☐ At least one of the debtors and another<br>■ Check if this claim relates to a community debt | **Nature of lien.** Check all that apply.<br>☐ An agreement you made (such as mortgage or secured car loan)<br>☐ Statutory lien (such as tax lien, mechanic's lien)<br>☐ Judgment lien from a lawsuit<br>■ Other (including a right to offset)  **Mortgage** | | | |
| Date debt was incurred  **2007** | Last 4 digits of account number  **9852** | | | |
| **2.2** **Wells Fargo Auto Finance**<br>Creditor's Name<br><br>**PO Box 60966**<br>**Los Angeles, CA**<br>**90060-0966**<br>Number, Street, City, State & Zip Code | **Describe the property that secures the claim:**<br>**2014 Toyota Camry 46727 miles**<br>**As of the date you file, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $15,000.00 | $15,000.00 | $0.00 |
| **Who owes the debt?** Check one.<br>☐ Debtor 1 only<br>☐ Debtor 2 only<br>☐ Debtor 1 and Debtor 2 only<br>■ At least one of the debtors and another<br>■ Check if this claim relates to a community debt | **Nature of lien.** Check all that apply.<br>☐ An agreement you made (such as mortgage or secured car loan)<br>☐ Statutory lien (such as tax lien, mechanic's lien)<br>☐ Judgment lien from a lawsuit<br>■ Other (including a right to offset)  **Automobile loan** | | | |

| Debtor 1 | **Rafik Henry Sayegh** | | | Case number (if know) | **2:16-bk-15891-VZ** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |
| Debtor 2 | **Mariam Rafik Sayegh** | | | | |
| | First Name | Middle Name | Last Name | | |

Date debt was incurred   **09/13**    Last 4 digits of account number _____

| | |
|---|---|
| Add the dollar value of your entries in Column A on this page. Write that number here: | **$805,064.82** |
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | **$805,064.82** |

**Part 2:    List Others to Be Notified for a Debt That You Already Listed**

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.